(COB ntc_doc_strick, #213 New) (04/09)

# United States Bankruptcy Court
### District of Colorado

In re:  TripTelevision, LLC  
      Debtor(s)

Case No.  **15–22647–MER**

## CLERK'S NOTICE OF DEFICIENT DOCUMENT

An Electronic Notice of Deficient Filing, Error or Defect was issued on 12/12/2017 to George DImitro regarding document number on the docket sheet.

Notice is given that the errors noted on the docket must be corrected by the close of the third court day following the transmittal of the Electronic Notice.

Error to be Corrected: Motion was filed in the wrong case. Motion was filed in the Underlying case and should have been filed in the Adversary.

E–Filer Shall: Re–file Motion in the Adversary Proceeding 17–01532

If those errors are not timely corrected, the electronic document will be deemed stricken and, absent order of the Court, no further action will be taken on the document (This notice was sent electronically to the filer when issued; if you receive this in paper form, the matter may already be resolved.)

*Dated:*  12/12/17

KENNETH S. GARDNER, Clerk

By: s/ Starla Potter  
Deputy Clerk  
United States Bankruptcy Court  
U.S. Custom House  
721 Nineteenth Street  
Denver, CO 80202–2508