(COB Form nopd.jsp #152)(10/11)

# UNITED STATES BANKRUPTCY COURT
### District of Colorado

TripTelevision, LLC  　　　　　　　　　Case Number.: 15−22647−MER
Debtor(s)　　　　　　　　　　　　　　Chapter: 7
Debtor SSN/TaxId Nos.:
26−1147530
Joint Debtor SSN/Tax Id Nos.:

Debtor(s)
aka(s), if any will be listed on the following page

## NOTICE OF POSSIBLE DIVIDENDS

It appearing to the Trustee that a dividend to creditors is possible;

Creditors are hereby notified that if they desire to participate in a distribution of assets, they must file a claim with the court no later than 4/23/18.

Pursuant to Fed.R.B.P. 3002(c)(1) and (5) a proof of claim shall be filed BY A GOVERNMENTAL UNIT not later than 180 days after the date of the order for relief .

All claimants who are seeking an administrative claim must obtain a Court Order pursuant to the Bankruptcy Code.

Proof of Claim Forms should be filed with:
　　　　　　　　Clerk of the Bankruptcy Court
　　　　　　　　U.S. Custom House
　　　　　　　　721 19th Street
　　　　　　　　Denver, Colorado 80202−2508

A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Website: http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx or at any bankruptcy clerk's office and may be used for filing a claim.

Dated: 1/17/18　　　　　　　　　　　　　　　　　　　　s/ David V. Wadsworth
　　　　　　　　　　　　　　　　　　　　　　　　　　　1660 Lincoln St.
　　　　　　　　　　　　　　　　　　　　　　　　　　　Ste. 2200
　　　　　　　　　　　　　　　　　　　　　　　　　　　Denver, CO 80264

**Aliases Page**
**Debtor aka(s):**
No Aliases for Debtor