```
                              United States Bankruptcy Court
                                   District of Colorado
In re:                                                              Case No. 15-22647-MER
TripTelevision, LLC                                                 Chapter 7
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 1082-1           User: potters                Page 1 of 2               Date Rcvd: Jan 17, 2018
                               Form ID: 152                 Total Noticed: 13


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 19, 2018.
db             +TripTelevision, LLC,    7200 S. Alton Way, #A190,    Centennial, CO 80112-2241
aty            +Andrew Ringel,    1001 17th Street,    Suite 300,    Denver, CO 80202-2084
aty            +Connor P. Boyle,    1001 17th Street,    Suite 300,    Denver, CO 80202-2084
16959507       +Brightcove Inc.,    290 Congress Street,    Boston, MA 02210-1005
16959508       +Charles F. Fryberger,    Chuck Fryberger Films,    1425 W 13th Ave,    Denver, CO 80204-2448
17080057       +Charles F. Fryberger dba Chuck Fryberger Films,    1425 W. 13th Avenue,    Denver, CO 80204-2448
16959509       +Chase,    1600 California Street Unit 4,    Denver, CO 80202-3700
16959510       +Crowell & Moring,    1001 Pennsylvania Ave NW,    Washington DC, DC 20004-2595
16959511       +Fennemore Craig, PC,    2394 E Camelback Rd #600,    Phoenix, AZ 85016-9077
16959512       +Fennemore Craig, PC,    5394 E Camelback Rd #600,    Phoenix, AZ 85018
16959513       +Scott Brewer,    Thomas Howard And Associates,    842 W South Boulder Rd,
                 Louisville, CO 80027-2411

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +EDI: BDVWADSWORTH.COM Jan 17 2018 23:33:00      David V. Wadsworth,    1660 Lincoln St.,
                 Ste. 2200,    Denver, CO 80264-2202
16959506       +EDI: CINGMIDLAND.COM Jan 17 2018 23:33:00      AT&T,    208 South Akard Street,
                 Dallas, TX 75202-4206
                                                                                              TOTAL: 2

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17080053        Charles F. Fryberger dba Chuck Fryberger Films
16959514       ##+Volume Public Relations,    1745 Shea Center Dr #400,    Littleton, CO 80129-1540
                                                                                      TOTALS: 1, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 16, 2018 at the address(es) listed below:
              David V. Wadsworth    dwadsworth@wwc-legal.com, CO30@ecfcbis.com
              George Dimitrov    on behalf of Defendant   Rich Media Exchange, LLC 5280bankruptcy@gmail.com,
               DimitrovGR69942@notify.bestcase.com;Springs5280bankruptcy@gmail.com
              George Dimitrov    on behalf of Debtor   TripTelevision, LLC 5280bankruptcy@gmail.com,
               DimitrovGR69942@notify.bestcase.com;Springs5280bankruptcy@gmail.com
              George Dimitrov    on behalf of Defendant   Streamside Productions, LLC 5280bankruptcy@gmail.com,
               DimitrovGR69942@notify.bestcase.com;Springs5280bankruptcy@gmail.com
              George Dimitrov    on behalf of Defendant Kulin Strimbu 5280bankruptcy@gmail.com,
               DimitrovGR69942@notify.bestcase.com;Springs5280bankruptcy@gmail.com
              Lars Johnson    on behalf of Trustee David V. Wadsworth lars_johnson@me.com
              Lars Johnson    on behalf of Plaintiff David V Wadsworth lars_johnson@me.com
              Mark S. Ratner    on behalf of Creditor   Apple Vacations, LLC ratnerm@hallevans.com,
               guruler@hallevans.com
              Michael B. Levy    on behalf of Creditor   Volume Public Relations, LLC mblevy@msn.com,
               vlinneyb@aol.com
              T. Edward Williams    on behalf of Creditor Charles Fryberger ewilliams@armstrongteasdale.com,
               agilliam@armstrongteasdale.com
              Troy R. Rackham    on behalf of Defendant Kulin Strimbu trackham@fclaw.com,
               tlawley@fclaw.com;sthursto@fclaw.com
              Troy R. Rackham    on behalf of Defendant   Streamside Productions, LLC trackham@fclaw.com,
               tlawley@fclaw.com;sthursto@fclaw.com
```

```
District/off: 1082-1          User: potters             Page 2 of 2             Date Rcvd: Jan 17, 2018
                              Form ID: 152              Total Noticed: 13
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Troy R. Rackham    on behalf of Defendant   Rich Media Exchange, LLC trackham@fclaw.com,
         tlawley@fclaw.com;sthursto@fclaw.com
        US Trustee    USTPRegion19.DV.ECF@usdoj.gov
                                                                                                                         TOTAL: 14

(COB Form nopd.jsp #152)(10/11)

## UNITED STATES BANKRUPTCY COURT
### District of Colorado

| | |
|---|---|
| TripTelevision, LLC<br>Debtor(s)<br>Debtor SSN/TaxId Nos.:<br>26−1147530<br>Joint Debtor SSN/Tax Id Nos.: | Case Number.: 15−22647−MER<br>Chapter: 7 |

Debtor(s)

aka(s), if any will be listed on the following page

## NOTICE OF POSSIBLE DIVIDENDS

It appearing to the Trustee that a dividend to creditors is possible;

Creditors are hereby notified that if they desire to participate in a distribution of assets, they must file a claim with the court no later than 4/23/18.

Pursuant to Fed.R.B.P. 3002(c)(1) and (5) a proof of claim shall be filed BY A GOVERNMENTAL UNIT not later than 180 days after the date of the order for relief .

All claimants who are seeking an administrative claim must obtain a Court Order pursuant to the Bankruptcy Code.

Proof of Claim Forms should be filed with:

> Clerk of the Bankruptcy Court
> U.S. Custom House
> 721 19th Street
> Denver, Colorado 80202−2508

A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Website: http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx or at any bankruptcy clerk's office and may be used for filing a claim.

| | |
|---|---|
| Dated: 1/17/18 | s/ David V. Wadsworth<br>1660 Lincoln St.<br>Ste. 2200<br>Denver, CO 80264 |

**Aliases Page**
**Debtor aka(s):**
No Aliases for Debtor