# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In Re: ) | |
| ) | |
| TRIPTELEVISION, LLC, ) | Case No. 15-22647 MER |
| ) | |
| ) | Chapter 7 |
| Debtor. ) | |

## ORDER TO APPOINT DENNIS & COMPANY, PC

**THIS MATTER** having come before the Court on Trustee's Motion to Appoint Dennis & Company, PC as accountants to the Trustee, the Court having read the Motion, and being otherwise fully advised in the premises, it is hereby

**ORDERED** that Dennis & Company, PC is appointed as accountants to the Trustee. Fees and costs charged by the above-named professional are subject to Court approval as to reasonableness and necessity and will be evaluated and paid only after further order of this Court specifically therefor.

**SO ORDERED.** Done this 8th day of March, 2019.

BY THE COURT:

_____
Bankruptcy Court Judge