## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re | ) | |
|    TRIPTELEVISION, LLC | ) | Case No. 15-22647-MER |
| | ) | Chapter 7 |
| Debtor(s) | ) | |

### MOVANT'S CERTIFICATE OF NON-CONTESTED MATTER AND REQUEST FOR ENTRY OF ORDER

     On March 7, 2019, David V. Wadsworth, Chapter 7 trustee, Movant, by and through his counsel, The Johnson Law Firm, filed an application pursuant to L.B.R. 9013-1 entitled The Johnson Law Firm's First and Final Application for Allowance of Attorney Fees and Expenses. Movant hereby certifies that the following is true and correct:

     1. Service of the application and proposed order were timely made on all parties against whom relief is sought and those otherwise entitled to service pursuant to the FED. R. BANKR. P. and the L.B.R. as is shown on the certificate of service, L.B. Form 9013-1.2, previously filed on March 7, 2019.

     2. Mailing or other service of the notice was timely made on all other creditors and parties in interest pursuant to L.B.R. 9013-1 and 2002-1, as is shown on the certificate of service, L.B. Form 9013-1.2, previously filed on March 7, 2019.

     3. The docket numbers for each of the following relevant documents are:

        a.    the application and all documents attached thereto, (Docket No. 52);
        b.    the certificate of service for the application, (Docket No. 54);
        c.    the notice, (Docket No. 53);
        d.    the certificate of service for the notice, (Docket No. 55);
        e.    the proposed order, (Docket No. 52).

     4. No objections to or requests for hearing on the application were received by the undersigned, or filed with the court and docketed in the case file by the date designated in the notice.

     WHEREFORE, Movant prays that the court forthwith enter an order, a form of which previously has been submitted to the court, granting the requested relief.

Dated: March 29, 2019.

        THE JOHNSON LAW FIRM

        /s/ Lars Johnson
        *Original Signature on File*
        Lars Johnson, #34344
        PO Box 10
        Eagle, CO 81631
        Phone: 970-688-0436
        Lars_johnson@me.com
        ATTORNEYS FOR THE TRUSTEE