UNITED STATES BANKRUPTCY COURT
For the District of Colorado

In re: )  Bankruptcy No. 15-22647-MER
TRIPTELEVISION, LLC )
)
)
)
)
_____ Debtor(s). )
) Adversary No. _____
)
)
)
)
Movant(s)/Plaintiff(s), )
vs. )
)
)
)
)
Respondent(s)/Defendant(s). )

### Notice of Change of Address/Entry of Appearance

Please check one box below that applies to you:

☐ Debtor(s)                    ☐ Attorney for Debtor(s)

☑ Creditor(s)                  ☐ Attorney for Creditor(s)

☐ Entry of Appearance by Attorney

Charles Fryberger, d.b.a. Chuck Fryberger Films
_____
(Enter Your Name and, if applicable, the Name of the Creditor or Business You Represent)

Charles Fryberger, d.b.a. Chuck Fryberger Films
_____
(Print or Type the Name of the Person or Business whose Address is Being Changed or Entered)

5070 Benton Way
_____
(New Street, Rural Route, or Post Office Box)

Denver, CO 80212
_____
(New City, State, and Zip Code)

303-917-1692
_____
(New Telephone Number)

Dated: June 24th, 2019                    _Charles Fryberger_
                                          (Signature)

                                          _____
                                          (Signature of Spouse, if applicable)

(Attorneys are required to be duly qualified and admitted to practice before this Court.)

United States Bankruptcy Court - District of Colorado
Online Filing Tool Submission

Document: 'Misc Document 1'  Submitted: 6/24/2019 10:42:29 AM

User Information

Charles Fairbanks Fryberger
5070 Benton Way
Denver
CO
80212

movecrafter@hotmail.com
303-917-1692