# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLORADO

In re: TRIPTELEVISION, LLC    §    Case No. 15-22647 MER
§
§
§
Debtor(s)

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

David V. Wadsworth, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $0.00
*(without deducting any secured claims)*

Assets Exempt: N/A

Total Distributions to Claimants: $19,754.26

Claims Discharged Without Payment: N/A

Total Expenses of Administration: $20,245.74

3) Total gross receipts of $40,500.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $500.00 (see **Exhibit 2**), yielded net receipts of $40,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $20,245.74 | $20,245.74 | $20,245.74 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $298,158.70 | $186,192.12 | $186,192.12 | $19,754.26 |
| **TOTAL DISBURSEMENTS** | $298,158.70 | $206,437.86 | $206,437.86 | $40,000.00 |

4) This case was originally filed under chapter 7 on 11/13/2015. The case was pending for 52 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/11/2020                             By: /s/ David V. Wadsworth
                                                                                Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| NON-ESTATE FUNDS | 1280-000 | $500.00 |
| POTENTIAL COPYRIGHT LAWSUIT | 1241-000 | $40,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$40,500.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Kulin L. Strimbu | Non-Estate Funds Returned to K. Strimbu | 8500-002 | $500.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$500.00** |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - David V. Wadsworth | 2100-000 | NA | $4,750.00 | $4,750.00 | $4,750.00 |
| Trustee, Expenses - David V. Wadsworth | 2200-000 | NA | $48.51 | $48.51 | $48.51 |
| Charges, U.S. Bankruptcy Court | 2700-000 | NA | $350.00 | $350.00 | $350.00 |
| Bond Payments - BOND | 2300-000 | NA | $8.88 | $8.88 | $8.88 |
| Banking and Technology Service Fee - Mechanics Bank | 2600-000 | NA | $41.75 | $41.75 | $41.75 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $253.67 | $253.67 | $253.67 |
| Attorney for Trustee Fees (Other Firm) - The Johnson Law Firm | 3210-000 | NA | $13,333.33 | $13,333.33 | $13,333.33 |
| Attorney for Trustee Expenses (Other Firm) - The Johnson Law Firm | 3220-000 | NA | $119.60 | $119.60 | $119.60 |
| Accountant for Trustee Fees (Other Firm) - DENNIS & COMPANY, P.C. | 3410-000 | NA | $1,321.00 | $1,321.00 | $1,321.00 |
| Accountant for Trustee Expenses (Other Firm) - DENNIS & COMPANY, P.C. | 3420-000 | NA | $19.00 | $19.00 | $19.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | **$20,245.74** | **$20,245.74** | **$20,245.74** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Charles F. Fryberger dba Chuck Fryberger Films | 7100-000 | $150,000.00 | $128,481.64 | $128,481.64 | $13,631.40 |
| 2 | Volume Public Relations | 7100-000 | $55,200.98 | $57,710.48 | $57,710.48 | $6,122.86 |
| N/F | AT&T | 7100-000 | $1,879.85 | NA | NA | NA |
| N/F | Brightcove Inc. | 7100-000 | $4,601.98 | NA | NA | NA |
| N/F | Chase | 7100-000 | $22,100.00 | NA | NA | NA |
| N/F | Chase | 7100-000 | $2,210.00 | NA | NA | NA |
| N/F | Crowell & Moring | 7100-000 | $22,994.00 | NA | NA | NA |
| N/F | Fennemore Craig, PC | 7100-000 | $31,276.19 | NA | NA | NA |
| N/F | Fennemore Craig, PC | 7100-000 | $7,895.70 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$298,158.70** | **$186,192.12** | **$186,192.12** | **$19,754.26** |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

**Case No.:** 15-22647 MER
**Case Name:** TRIPTELEVISION, LLC
**For Period Ending:** 03/11/2020

**Trustee Name:** (260030) David V. Wadsworth
**Date Filed (f) or Converted (c):** 11/13/2015 (f)
**§ 341(a) Meeting Date:** 12/10/2015
**Claims Bar Date:** 04/23/2018

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Formally Abandoned** OA=§554(a) abandon. | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | POTENTIAL BANK ACCOUNT (u) | 0.00 | 0.00 | | 0.00 | FA |
| 2 | POTENTIAL ACCOUNTS RECEIVABLE (u) | 0.00 | 0.00 | | 0.00 | FA |
| 3 | POTENTIAL COPYRIGHT LAWSUIT (u) | 0.00 | 40,000.00 | | 40,000.00 | FA |
| **3** | **Assets Totals (Excluding unknown values)** | **$0.00** | **$40,000.00** | | **$40,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Accountant preparing estate tax returns. Once accountant fees paid and receive prompt determination letter, case ready for TFR.

Settled claims for $40,000. Once payments completed and accountant and attorney paid, ready for TFR.

**Initial Projected Date Of Final Report (TFR):** 12/31/2018     **Current Projected Date Of Final Report (TFR):** 11/17/2019 (Actual)

UST Form 101-7-TDR ( 10 /1/2010)

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9
Page: 1

| Case No.: | 15-22647 MER | Trustee Name: | David V. Wadsworth (260030) |
|---|---|---|---|
| Case Name: | TRIPTELEVISION, LLC | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***7530 | Account #: | ******0800 Checking |
| For Period Ending: | 03/11/2020 | Blanket Bond (per case limit): | $59,566,052.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/19/18 | {3} | RICH MEDIA EXCHANGE, LLC | PAYMENT ON SETTLEMENT | 1241-000 | 10,000.00 | | 10,000.00 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 5.00 | 9,995.00 |
| 10/01/18 | {3} | RICH MEDIA EXCHANGE, LLC | PAYMENT ON SETTLEMENT | 1241-000 | 5,000.00 | | 14,995.00 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 13.00 | 14,982.00 |
| 11/05/18 | {3} | RICH MEDIA EXCHANGE- KULIN STRIMBU | PAYMENT ON SETTLEMENT | 1241-000 | 5,250.00 | | 20,232.00 |
| 11/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 15.76 | 20,216.24 |
| 12/04/18 | {3} | RICH MEDIA EXCHANGE, LLC | PAYMENT ON SETTLEMENT | 1241-000 | 5,250.00 | | 25,466.24 |
| 12/18/18 | 101 | CLERK OF THE COURT | FILING FEE- ADV. #17-01532 | 2700-000 | | 350.00 | 25,116.24 |
| 12/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 19.46 | 25,096.78 |
| 01/02/19 | {3} | RICH MEDIA EXCHANGE | PAYMENT ON SETTLEMENT | 1241-000 | 5,000.00 | | 30,096.78 |
| 01/16/19 | 102 | International Sureties, LTD. | Bond #016027974 | 2300-000 | | 8.88 | 30,087.90 |
| 01/31/19 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 26.52 | 30,061.38 |
| 02/07/19 | {3} | RICH MEDIA EXCHANGE, LLC | PAYMENT ON SETTLEMENT | 1241-000 | 5,000.00 | | 35,061.38 |
| 02/28/19 | | RICH MEDIA EXCHANGE, LLC | PAYMENT ON SETTLEMENT | | 5,000.00 | | 40,061.38 |
| | {3} | | PAYMENT ON SETTLEMENT $4,500.00 | 1241-000 | | | |
| | | | NON-ESTATE FUNDS $500.00 | 1280-000 | | | |
| 02/28/19 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 25.79 | 40,035.59 |
| 03/28/19 | 103 | Kulin L. Strimbu | Non-Estate Funds Returned to K. Strimbu | 8500-002 | | 500.00 | 39,535.59 |
| 03/29/19 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 31.67 | 39,503.92 |
| 04/05/19 | 104 | The Johnson Law Firm | Attorney Fees- Order dated 4/2/19 | 3210-000 | | 13,333.33 | 26,170.59 |
| 04/05/19 | 105 | The Johnson Law Firm | Attorney Expenses- Order dated 4/2/19 | 3220-000 | | 119.60 | 26,050.99 |
| 04/30/19 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 29.63 | 26,021.36 |
| 05/31/19 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 22.09 | 25,999.27 |
| 06/28/19 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 19.94 | 25,979.33 |
| 07/31/19 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 23.48 | 25,955.85 |
| 08/27/19 | 106 | DENNIS & COMPANY, P.C. | ACCOUNTANT FEES- ORDER DATED 8/22/19 | 3410-000 | | 1,321.00 | 24,634.85 |
| 08/27/19 | 107 | DENNIS & COMPANY, P.C. | ACCOUNTANT EXPENSES- ORDER DATED 8/22/19 | 3420-000 | | 19.00 | 24,615.85 |
| 08/30/19 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 21.33 | 24,594.52 |
| 09/30/19 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 19.54 | 24,574.98 |

Page Subtotals: $40,500.00   $15,925.02

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 2

| Case No.: | 15-22647 MER | Trustee Name: | David V. Wadsworth (260030) |
|---|---|---|---|
| Case Name: | TRIPTELEVISION, LLC | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***7530 | Account #: | ******0800 Checking |
| For Period Ending: | 03/11/2020 | Blanket Bond (per case limit): | $59,566,052.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/31/19 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 22.21 | 24,552.77 |
| 12/30/19 | 108 | David V. Wadsworth | Distribution payment - Dividend paid at 100.00% of $4,750.00; Claim # FEE; Filed: $4,750.00; | 2100-000 | | 4,750.00 | 19,802.77 |
| 12/30/19 | 109 | David V. Wadsworth | Distribution payment - Dividend paid at 100.00% of $48.51; Claim # TE; Filed: $48.51; | 2200-000 | | 48.51 | 19,754.26 |
| 12/30/19 | 110 | Charles F. Fryberger dba Chuck Fryberger Films | Distribution payment - Dividend paid at 10.61% of $128,481.64; Claim # 1; Filed: $128,481.64; | 7100-000 | | 13,631.40 | 6,122.86 |
| 12/30/19 | 111 | Volume Public Relations | Distribution payment - Dividend paid at 10.61% of $57,710.48; Claim # 2; Filed: $57,710.48; | 7100-000 | | 6,122.86 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | COLUMN TOTALS | | | 40,500.00 | 40,500.00 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 40,500.00 | 40,500.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$40,500.00** | **$40,500.00** | |

{ } Asset Reference(s)     **UST Form 101-7-TDR ( 10 /1/2010)**     ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 3

| | |
|---|---|
| **Case No.:** 15-22647 MER | **Trustee Name:** David V. Wadsworth (260030) |
| **Case Name:** TRIPTELEVISION, LLC | **Bank Name:** Mechanics Bank |
| **Taxpayer ID #:** **-***7530 | **Account #:** ******0800 Checking |
| **For Period Ending:** 03/11/2020 | **Blanket Bond (per case limit):** $59,566,052.00 |
| | **Separate Bond (if applicable):** N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******0800 Checking | $40,500.00 | $40,500.00 | $0.00 |
| | **$40,500.00** | **$40,500.00** | **$0.00** |